ROBERT J. ROSATI, No. 112006
robert@erisalg.com
THORNTON DAVIDSON, No. 166487
thornton@erisalg.com
ERISA Law Group LLP
6485 North Palm Avenue, Suite 105
Fresno, California 93704
Telephone: 559-478-4119
Facsimile: 559-478-5939

Attorneys for Plaintiff,
DAREK FUSELIER

GAIL E. COHEN, No.093210
gcohen@bargerwolen.com
ROBERT E. HESS, No. 178042
rhess@bargerwolen.com
BARGER & WOLEN LLP
633 West Fifth Street, 47th Floor
Los Angeles, California 90071
Telephone: 213-680-2800
Facsimile: 213-614-7399

Attorneys for Defendant,
METROPOLITAN LIFE INSURANCE
COMPANY

**UNITED STATES DISTRICT COURT FOR**

**THE EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION**

| | |
|---|---|
| DAREK FUSELIER, | ) Case No. 2:14-cv-00320-TLN-KJN |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| v. | ) **LEAVE TO FILE SECOND AMENDED** |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) **COMPLAINT** |
| Defendant. | ) |

///

///

STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
Case No. 2:14-cv-00320-TLN-KJN
1

IT IS HEREBY STIPULATED by and between Plaintiff, DAREK FUSELIER, and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, through and their respective counsel, as follows:

1. Good cause exists for Plaintiff to file his Second Amended Complaint, a copy of which is attached hereto as Exhibit 1 and is incorporated herein - - i.e., to effectuate settlement of the case;

2. The filing of the Second Amended Complaint will have no effect on the pending Notice of Settlement [Document 10]; and

3. An Answer or other responsive pleading to the Second Amended Complaint will not be required.

ERISA Law Group LLP

Date: August 29, 2014

 */s/ Robert J. Rosati*
ROBERT J. ROSATI, No. 112006

Attorneys for Plaintiff, DAREK FUSELIER

BARGER & WOLEN LLP

Date: August 29, 2014

 */s/ Robert E. Hess* [as authorized on 8/29/14]
ROBERT E. HESS, No. 178042

Attorneys for Defendant, METROPOLITAN LIFE INSURANCE COMPANY

**ORDER**

Pursuant to the parties' stipulation, and for good cause shown, it is hereby ordered that Plaintiffs may file a Second Amended Complaint

IT IS SO ORDERED.

Dated: September 3, 2014

Troy L. Nunley
United States District Judge